**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**THOMAS HOUSER, #53676-083**

        **Petitioner,**

**v.**                                                                           **2:04CV638**

**VANESSA ADAMS, Warden,**

        **Respondent.**

## FINAL ORDER

        This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241.

        The petition alleges violation of federal rights pertaining to the calculation of good time credits related to his conviction in the United States District Court for the Eastern District of Virginia for wire fraud, mail fraud, and possession of false identification documents. Petitioner does not, in this proceeding, attack the underlying conviction.

        The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 29 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. The Magistrate Judge filed his report recommending dismissal of the petition on September 29, 2005. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the report and the time for filing same has expired.

        The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed September 29, 2005, and it is, therefore ORDERED that the petition be

DENIED and DISMISSED on the basis of the merits and that judgment be entered in respondent's favor.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty days from the date of entry of such judgment. Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right." Therefore, the Court, pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure, declines to issue a certificate of appealability. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to petitioner and to counsel of record for respondent.

/s/Rebecca Beach Smith
**UNITED STATES DISTRICT JUDGE**

**Norfolk, Virginia**
**October 25, 2005**